UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-23325-CIV-ALTONAGA/Reid

**JOHN DOE**,

    Plaintiff,

v.

**GASTROMED, LLC**, *et al.*,

    Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On September 11, 2025, the Court entered an Order Requiring Scheduling Report and Certificates of Interested Parties [ECF No. 31]. The Order required the parties to jointly file a scheduling report and to each file certificates of interested parties and corporate disclosure statements by September 22, 2025. (*See generally id.*). To date, Plaintiff has neither filed his certificate of interested parties nor requested additional time to do so.

Accordingly, it is

**ORDERED** that on or before **September 30, 2025**, Plaintiff shall file a certificate of interested parties.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of September, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**